# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD HUSE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 07-cv-814-DRH-PMF |
| THOMAS CUNDIFF, et al., | ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is defendants' Rule 41(b) motion to dismiss (Doc. No. 27). Involuntary dismissal is sought due to plaintiff's failure to appear for the February 3, 2009, settlement conference and subsequent failure to pay the fees and costs assessed under Rule 16(f). Plaintiff's response was due by April 23, 2009. No response is on file.

Plaintiff filed this § 1983 action for damages in November, 2007. He alleges that his civil rights were violated during his former confinement at the Williamson County Jail between August, 2006, and January, 2007. Rule 41(b) permits dismissal for failure to prosecute or comply with an order. Fed. R. Civ. P. 41(b). Involuntary dismissal is a harsh sanction that should be used only when there is a clear record of delay or contumacious conduct or less drastic sanctions have been unavailing. *Gabriel v. Hamlin*, 514 F.3d 734, 736 (7th Cir. 2008).

In January, 2009, the parties were ordered to appear for a settlement conference. Plaintiff failed or refused to attend the conference, set for February 3, 2009. When plaintiff failed to demonstrate that his refusal was substantially justified, reasonable fees and costs were imposed. Plaintiff also failed to comply with the order imposing fees and costs, although he was expressly

warned that failure to do so would result in further sanctions, including dismissal. Plaintiff also failed to file a timely response to the defense motion to dismiss, which may be construed as an admission that he agrees to the relief requested. SDIL-LR 7.1(c). In these circumstances, the only reasonable inference is that plaintiff is no longer interested in prosecuting his claims in accordance with the rules governing civil litigation or the Orders issued by this Court.

IT IS RECOMMENDED that defendants' motion (Doc. No. 27) be GRANTED. This action should be dismissed pursuant to Rule 41(b). The dismissal should operate as an adjudication on the merits of all claims.

**SUBMITTED:** <u>May 6, 2009</u> .

<u>*s/Philip M. Frazier*</u>
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**