IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONALD HUES,

Plaintiff,

v.

THOMAS CUNDIFF, et al.,

Defendants.                                              No. 07-0814-DRH

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

In November 2007, Donald Huse filed this 42 U.S.C. § 1983 lawsuit alleging that his civil rights were violated during his former confinement at the Williamson County Jail between August 2006 and January 2007.

Pursuant to **28 U.S.C. § 636(b)(1)(B)**, Magistrate Judge Philip M. Frazier submitted a Report and Recommendation ("the Report") on May 6, 2009 (Doc. 28). The Report recommends that the Court grant Defendants' Rule 41(b) motion to dismiss (Doc. 27) and that the Court dismiss with prejudice Huse's cause of action for failure to prosecute and for failure to follow Court Orders.

The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within ten days of service of the Report. To date, none of the parties has filed objections. The period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** the Report (Doc. 27). The Court **DISMISSES with prejudice** Huse's cause of action for failure to prosecute and for failure to follow Court Orders. This dismissal operates as an adjudication on the merits of Huse's claims. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 27th day of May, 2009.

/s/     *DavidRHerndon*
**Chief Judge**
**United States District Court**