IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD HUES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-814-DRH |
| | ) |
| THOMAS CONDIFF, RICHARD BEASLEY, JEFF HUTCHINSON, JOSH DUNNIGHAM, CAROL BROWN, DENNIS PINKERTON, DAVE SWEENEY, & C. J. WATTS, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court on Report and Recommendation from United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated May 27, 2009, judgment is entered in favor of the defendants, **THOMAS CONDIFF, RICHARD BEASLEY, JEFF HUTCHINSON, JOSH DUNNIGHAM, CAROL BROWN, DENNIS PINKERTON, DAVE SWEENEY & C.J. WATTS**, and against the plaintiff, **DONALD HUES** and this case is dismissed with prejudice-----

**JUSTINE FLANAGAN, ACTING CLERK**

BY: /s/*Sandy Pannier*
**Deputy Clerk**

Dated: May 27, 2009

APPROVED: /s/ *David R Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT